

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

# O R D E R

By prior orders, we struck both appellant's original brief and his amended brief from our record because the briefs failed to comply with the Texas Rules of Appellate Procedure. On July 12, 2019, appellant filed a second amended brief, which we accepted as filed, although the brief violates Rule 38 in that the statement of facts and the argument do not contain any citations to authorities or to the record. *See* TEX. R. APP. P. 38.1(g), 38.1(i). We advised appellant in our order issued on July 23, 2019, that because of some of the deficiencies in his second amended brief we may ultimately conclude that appellant has waived his appellate complaints due to inadequate briefing. *See Lott v. First Bank*, No. 04-13-00311-CV, 2014 WL 4922896, at *4 (Tex. App.—San Antonio Oct. 14, 2014, no pet.) (holding the appellant waived any appellate complaint by failing to comply with the briefing rules set out in Rule 38.1 of the Texas Rules of Appellate Procedure).

On August 9, 2019, appellees filed "Appellees Motion to Waive Appellate's [sic] Complaints due to Inadequate Briefing or (alternatively) Appellees [sic] Motion for Extension of Time to File Brief." Appellees ask that we order that appellant's complaints are waived and dismiss the appeal. In the alternative, appellees request that we grant them a sixty-day extension of time to file a brief.

Appellees' Motion to Waive Appellate's Complaints due to Inadequate Briefing is CARRIED WITH THE APPEAL. We GRANT IN PART appellees' Motion for Extension of Time to File Brief. Appellees' time to file a brief is extended to September 11, 2019.

_____
Rebeca C. Martinez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court